UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE DOCKERY,

        Plaintiff,

                                  Case No.  05-72542

vs.

                                  HON.  GEORGE CARAM STEEH

COYOTE CLEANING, INC., et al.,

        Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY
COUNSEL FOR DEFENDANT LOCAL 79, SEIU, WITHOUT PREJUDICE

This matter has come before the court on plaintiff Christine Dockery's motion to disqualify counsel for defendant Local 79, SEIU.  The court heard oral argument by the parties on September 12, 2005.  Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that plaintiff's motion to disqualify counsel is DENIED without prejudice.

It is so ordered.

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Dated:  September 13, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 13, 2005, by electronic and/or ordinary mail.

                                            s/Josephine Chaffee
                                            Secretary/Deputy Clerk